# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF MICHIGAN
# SOUTHERN DIVISION

DANIEL WOOD, RONALD GOINS,
and PRISCILLA SUE STREET, on behalf
of themselves and a similarly situated class,

    Plaintiffs and
    Counter-Defendants,

Case No. 05-74106

v.

HONORABLE DENISE PAGE HOOD

DETROIT DIESEL CORPORATION,

    Defendant,
    Counter-Plaintiff and
    Third Party Plaintiff,

v.

INTERNATIONAL UNION, UNITED AUTOMOBILE,
AEROSPACE, AND AGRICULTURAL IMPLEMENT
WORKERS OF AMERICA (UAW) AND ITS LOCAL 163,

    Third-Party Defendant.
_____/

## JUDGMENT

This action having come before the Court and pursuant to the Memorandum Opinion and Order entered on this date,

Accordingly,

Judgment is entered in favor of the Plaintiffs and against Defendant, as set forth in this Court's Order entered this day.

                                        DAVID J. WEAVER
                                        CLERK OF COURTS

Approved:
                                        By: s/ Wm. F. LEWIS
                                               Deputy Clerk

s/ DENISE PAGE HOOD
DENISE PAGE HOOD
United States District Judge

Dated: February 10, 2009