**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF MICHIGAN**
**SOUTHERN DIVISION**

DANIEL WOOD, et al.,

    Plaintiffs,

v.

Case No. 05-CV-74106

HONORABLE DENISE PAGE HOOD

DETROIT DIESEL CORPORATION,

    Defendant,

and

INTERNATIONAL UNION, UNITED
AUTOMOBILE, AEROSPACE AND
AGRICULTURAL IMPLEMENT WORKERS
OF AMERICA,

    Third Party.
_____/

## ORDER SETTING ASIDE JUDGMENT ISSUED ON FEBRUARY 10, 2009
## AND
## ORDER GRANTING SUMMARY JUDGMENT IN FAVOR OF DEFENDANT

On September 2, 2010, the United States Court of Appeals for the Sixth Circuit issued a mandate in the case, *Wood v. Detroit Diesel Corp.,* Case No. 09-1252 (6th Cir. Sept. 2, 2010). In a June 3, 2010 Judgment, the Sixth Circuit reversed this Court's February 10, 2009 Judgment and Order denying Defendant Detroit Diesel Corporation's Motion for Summary Judgment. On remand, the Sixth Circuit instructed the Court to grant Defendant's Motion for Summary Judgment. *Wood v. Detroit Diesel Corp.,* 607 F.3d 427 (6th Cir. 2010). Accordingly,

IT IS ORDERED that the February 10, 2009 Judgment [Doc. No. 178] and Order [Doc. No. 177] are SET ASIDE.

IT IS FURTHER ORDERED that Defendant's Motion for Summary Judgment [Doc. No. 95] is GRANTED and the Motion for Summary Judgment filed by Plaintiffs and the Union [Doc. No. 106] is DENIED.

IT IS FURTHER ORDERED that the Motion to Amend or Correct Order [Doc. No. 181] is MOOT.

        S/Denise Page Hood
        Denise Page Hood
        United States District Judge

Dated: September 8, 2010

I hereby certify that a copy of the foregoing document was served upon counsel of record on September 8, 2010, by electronic and/or ordinary mail.

        S/William F. Lewis
        Case Manager