**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF MICHIGAN**
**SOUTHERN DIVISION**

DANIEL WOOD, et al.,

    Plaintiffs,

                                          Case No. 05-CV-74106

v.

                                          HONORABLE DENISE PAGE HOOD

DETROIT DIESEL CORPORATION,

    Defendant,

and

INTERNATIONAL UNION, UNITED AUTOMOBILE,
AEROSPACE AND AGRICULTURAL IMPLEMENT
WORKERS OF AMERICA,

    Third Party.
_____/

**JUDGMENT**

        This action having come before the Court and pursuant to the June 3, 2010 Judgment entered by the United States Court of Appeals for the Sixth Circuit and this Court's Order entered this date, accordingly,

        Judgment is entered in favor of Defendant Detroit Diesel Corporation and against Plaintiffs and the Union.

                                                                   DAVID J. WEAVER
                                                                   CLERK OF COURTS

Approved:                                                     By: s/ Wm. F. LEWIS
                                                                        Deputy Clerk

s/ DENIE PAGE HOOD
DENISE PAGE HOOD
United States District Judge
Detroit, Michigan

Dated: September 8, 2010